# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>          Plaintiff,<br><br>     v.<br><br>CLENDENIN, *et al.*,<br><br>          Defendants. | Case No.  1:22-cv-00249-BAM (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE $402.00 FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Dexter Lawrence Griffin ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has neither paid the $402.00 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.  While Plaintiff did submit a motion for leave to proceed *in forma pauperis* with his complaint, the application is the one used by a prisoner.  (ECF No. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* for a **non-prisoner**;

1

2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a **non-prisoner**, or in the alternative, pay the $402.00 filing fee for this action; and

3. **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:   **March 2, 2022**               /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE