# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLENDENIN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-00249-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER AS MOOT<br>(ECF No. 2)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* BY A NON-PRISONER<br>(ECF No. 6) |

　　Plaintiff Allan Fletcher ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　Plaintiff initiated this action on February 28, 2022, together with a motion to proceed *in forma pauperis* by a prisoner. (ECF Nos. 1, 2.) On March 2, 2022, the Court issued an order for Plaintiff to submit an application to proceed *in forma pauperis* for a non-prisoner, or to pay the filing fee for this action. (ECF No. 4.)

　　Currently before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* by a non-prisoner, filed March 14, 2022. (ECF No. 6.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* by a prisoner, (ECF No. 2), is DENIED as moot;
2. Plaintiff's motion to proceed *in forma pauperis* by a non-prisoner, (ECF No. 6), is GRANTED; and
3. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:  **March 15, 2022**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE