# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>CLENDENIN, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00249-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION (1) TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT; (2) FOR AN ORDER FOR SECURITY; (3) FOR ENTRY OF A PREFILING ORDER; AND (4) REQUEST FOR STAY<br><br>(Doc. 32) |

Plaintiff Allan Fletcher is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 27, 2023, the assigned magistrate judge issued findings and recommendations that defendants' motion to declare plaintiff a vexatious litigant, (Doc. 25), be denied, without prejudice to refiling. (Doc. 32.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 5.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1

1. The findings and recommendations issued on June 27, 2023, (Doc. 32), are **ADOPTED IN FULL**.
2. Defendants' motion to declare plaintiff a vexatious litigant, (Doc. 25), is **DENIED**, without prejudice to refiling.
3. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **July 26, 2023**

UNITED STATES DISTRICT JUDGE