# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN FLETCHER,<br><br>    Plaintiff,<br><br> v.<br><br>CLENDENIN, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00249-JLT-BAM (PC)<br><br>ORDER FOR DEFENDANTS TO FILE RESPONSE TO FIRST AMENDED COMPLAINT WITHIN **TWENTY-ONE (21) DAYS** |

Plaintiff Allan Fletcher ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to the California Welfare and Institutions Code § 6600 *et seq.* are considered civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Following the District Judge's order adopting the findings and recommendations denying Defendants' motion to declare Plaintiff a vexatious litigant, without prejudice to refiling, this action proceeds on Plaintiff's first amended complaint against Defendants Clendenin and Price for failure to treat Plaintiff under the Fourteenth Amendment Due Process Clause due to their official policy. (ECF No. 33.)

Accordingly, Defendants are HEREBY ORDERED to file a response to the first amended complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **July 27, 2023**        /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE

1