1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 | |
| ALLAN FLETCHER, | Case No.  1:22-cv-00249-JLT-BAM (PC) |

ALLAN FLETCHER,

Plaintiff,

v.

CLENDENIN, *et al.*,

Defendants.

Case No.  1:22-cv-00249-JLT-BAM (PC)

ORDER REGARDING DEFENDANTS'
NOTICE OF OPT-OUT AND REQUEST TO
VACATE SETTLEMENT CONFERENCE
(ECF No. 37)

ORDER LIFTING STAY OF PROCEEDINGS

ORDER VACATING OCTOBER 18, 2023
SETTLEMENT CONFERENCE
(ECF No. 36)

ORDER DIRECTING CLERK OF COURT TO
ISSUE DISCOVERY AND SCHEDULING
ORDER AND CONSENT/DECLINE FORM

20        Plaintiff Allan Fletcher ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma*

21   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to

22   the California Welfare and Institutions Code § 6600 *et seq.* are considered civil detainees and are

23   not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d

24   1136, 1140 (9th Cir. 2000).  This action proceeds on Plaintiff's first amended complaint against

25   Defendants Clendenin and Price for failure to treat Plaintiff under the Fourteenth Amendment

26   Due Process Clause due to their official policy.

27        On August 18, 2023, the Court identified this case as an appropriate case for the post-

28   screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the

1

1   parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 36.)

2   The Court's order granted Defendants time to investigate and determine whether to opt out of the

3   post-screening ADR project.

4       On September 15, 2023, Defendants filed a notice of opt-out and request to vacate

5   settlement conference.  (ECF No. 37.)  After speaking with Plaintiff and investigating Plaintiff's

6   claims, Defendants conclude in good faith that a settlement conference in this case would be a

7   waste of resources.  (*Id.*)  Therefore, the stay is lifted, and the October 18, 2023, settlement

8   conference is vacated.  This case is now ready to proceed.

9       If the parties wish to set a settlement conference with the Court at a later date, they should

10  so inform the Court.  However, the parties are also reminded that they are not precluded from

11  negotiating a settlement without judicial assistance.

12      Accordingly, IT IS HEREBY ORDERED that:

13      1.    The stay of this action, (ECF No. 36), is LIFTED;

14      2.    The October 18, 2023 settlement conference is VACATED;

15      3.    The Clerk of the Court is DIRECTED to issue a discovery and scheduling order

16            and a consent/decline form to the parties; and

17      4.    The parties may proceed with discovery pursuant to the discovery and scheduling

18            order to be issued by separate order.

19

20  IT IS SO ORDERED.

21      Dated:    **September 18, 2023**        /s/ *Barbara A. McAuliffe*      _

22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2