1
2
3
4

# UNITED STATES DISTRICT COURT

5

### EASTERN DISTRICT OF CALIFORNIA

6

7   ALLAN FLETCHER,

8              Plaintiff,

9      v.

10   CLENDENIN, *et al.*,

11              Defendants.

12

13

Case No.  1:22-cv-00249-JLT-BAM (PC)

ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO AMEND DISPOSITIVE MOTION CUTOFF IN SCHEDULING ORDER

(ECF No. 41)

**Dispositive Motion Deadline: August 26, 2024**

14          Plaintiff Allan Fletcher ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma*

15   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to

16   the California Welfare and Institutions Code § 6600 *et seq.* are considered civil detainees and are

17   not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d

18   1136, 1140 (9th Cir. 2000).  This action proceeds on Plaintiff's first amended complaint against

19   Defendants Clendenin and Price for failure to treat Plaintiff under the Fourteenth Amendment

20   Due Process Clause due to their official policy.

21          Pursuant to the Court's September 18, 2023 discovery and scheduling order, the deadline

22   for filing all dispositive motions (other than a motion for summary judgment for failure to

23   exhaust) is July 29, 2024.  (ECF No. 39.)

24          Currently before the Court is Defendants' July 22, 2024 *ex parte* application to amend

25   dispositive motion cutoff in scheduling order.  (ECF No. 41.)  The Court construes the motion as

26   a motion to modify the discovery and scheduling order.

27          In support of the motion, defense counsel declares that Defendants have been dutifully

28   investigating Plaintiff's claims, gathering evidence, and drafting a motion for summary judgment,

1  but due to the press of other cases and personal leave, Defendants require an extension to finalize

2  and file their motion for summary judgment.  (*Id.*)  Specifically, defense counsel has had a series

3  of medical appointments in the last month, has recently been assigned to several new matters that

4  required additional research and investigation of claims, and has been and will be out of the office

5  for several days attending to personal matters regarding the deaths of several family members.

6  Defendants therefore that the cutoff date for dispositive motions be continued by twenty-eight

7  (28) days, to August 26, 2024.  (*Id.*)

8          Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is

9  unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

10          Having considered the request, the Court finds good cause to grant the requested

11  extension of the dispositive motion deadline.  Fed. R. Civ. P. 16(b)(4).  Due to the press of other

12  cases and personal leave, defense counsel is unable to finalize and file the motion for summary

13  judgment by the current deadline.  The Court finds that Plaintiff will not be prejudiced by the

14  brief extension granted here.  No other deadlines are extended by this order.

15          Accordingly, IT IS HEREBY ORDERED as follows:

16      1.  Defendants' *ex parte* application to amend dispositive motion cutoff in scheduling

17          order, (ECF No. 41), is GRANTED;

18      2.  The deadline for filing all dispositive motions (other than a motion for summary

19          judgment for failure to exhaust) is EXTENDED from July 29, 2024 to **August 26,**

20          **2024**; and

21      3.  **Any request for further extensions of this deadline must be filed on or before the**

22          **expiration of the deadline and will only be granted on a showing of good cause**.

23

24  IT IS SO ORDERED.

25      Dated:  __**July 23, 2024**__               ___/s/ *Barbara A. McAuliffe*___

26                                                  UNITED STATES MAGISTRATE JUDGE

27

28

                                            2